IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PIPE FITTERS' RETIREMENT FUND, LOCAL 597, *et al.*, | ) ) CASE NO.: 21-CV-941 |
| Plaintiffs, | ) ) JUDGE: KENDALL |
| vs. | ) ) MAG. JUDGE: COLE |
| DIVERSIFIED GENERAL CONTRACTORS, INC., an Illinois Corporation, and MELVIN ARMSTRONG, an individual, | ) ) ) ) |
| Defendants. | ) ) |

## JUDGMENT ORDER

This matter coming before the Court on the Motion to Reinstate the Lawsuit and for the Immediate Entry of Judgment Against DIVERSIFIED GENERAL CONTRACTORS, INC. and MELVIN ARMSTRONG, the Court being duly advised in the premises,

**IT IS HEREBY ORDERED:**

A. This matter is hereby reinstated.

B. Judgment is entered in favor of the Plaintiffs and against the Defendants DIVERSIFIED GENERAL CONTRACTORS, INC. and MELVIN ARMSTRONG, jointly and severally, in the aggregate amount of $27,891.30, itemized as follows:

  i. $23,609.13 in principal under the Settlement Agreement; and

  ii. $2,360.91 in liquidated damages under the Settlement Agreement.

  iii. $1,921.26 in attorneys' fees.

C. The Plaintiffs are entitled to any other relief that this Court deems to be just and equitable all at the cost of Defendants DIVERSIFIED GENERAL CONTRACTORS, INC. and MELVIN ARMSTRONG pursuant to 29 U.S.C. § 1132(g)(2)(E).

**ENTERED:**

_____
Hon. Virginia M. Kendall
U.S. District Court Judge

Date: 1/11/2022